UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
**Aelina Roman** § CASE NO. 22-33528-H4-13
§
**DEBTOR** §

<u>**DEBTOR(S)' RESPONSE TO**</u>
<u>**ORDER REGARDING NECESSITY OF FILING PAYMENT ADVICES**</u>

    My name is Aelina Roman. I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days preceding the date of the filing of this case. If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

    I declare that I have personal knowledge of the facts stated herein and declare, certify, verify, and state under penalty of perjury, that the foregoing is true and correct.


/s/ Aelina Roman_____   Date: 11/30/2022
Debtor